**DISMISSED and Opinion Filed July 17, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00025-CV

### IN THE INTEREST OF I.W. AND K.W., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51743-2015**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Evans
Opinion by Justice Evans

Before the Court is appellant's July 7, 2017 unopposed motion to dismiss the appeal.

In the motion, appellant states that he no longer wishes to prosecute the appeal. We grant

appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

/David W. Evans/
DAVID EVANS
JUSTICE

170025F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF I.W. AND K.W.,
CHILDREN

No. 05-17-00025-CV

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-51743-2015.
Opinion delivered by Justice Evans. Justices
Bridges and Lang-Miers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellee Mindy M. Casas recover her costs of this appeal from appellant Kraig A. Wellshear.

Judgment entered this 17th day of July, 2017.